| | |
|---|---|
| Gregory K. Nelson, Esq., | Karl S. Kronenberger, Esq. |
| CSB No. 203029 | CSB No. 226112 |
| Email: nelson@weeksnelson.com | Email: karl@kr.law |
| Gregory N. Suhr, Esq. | Jeffrey M. Rosenfeld, Esq. |
| CSB No. 328967 | CSB No. 222187 |
| Email: gsuhr@weeksnelson.com | Email: jeff@kr.law |
| WEEKS NELSON | Liana W. Chen, Esq. |
| 16236 San Dieguito Rd, Suite 5-23 | CSB No. 296965 |
| P.O. Box 675963 | Email: liana@kr.law |
| Rancho Santa Fe, CA 92067 | Leah Rosa Vulić, Esq. |
| Telephone: (858) 794-2140 | CSB No. 343520 |
| | Email: leah@kr.law |
| Attorneys for Plaintiff CRBN PICKLEBALL LLC | KRONENBERGER ROSENFELD, LLP |
| | 150 Post Street, Suite 520 |
| | San Francisco, CA 94108 |
| | 300 Spectrum Center Drive, Suite 400 |
| | Irvine, CA 92618 |
| | Telephone: (415) 955-1155; |
| | (949) 374-5036 |
| | |
| | Attorneys for Defendant Sulkar Media, LLC, dba Carbon Pickle |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CRBN PICKLEBALL, LLC,** a California limited liability company, | Case No.: 8:24-cv-00625-JVS-JDE |
| Plaintiff, | STIPULATION TO DISMISS WITHOUT PREJUDICE |
| vs. | |
| **CARBON PICKLE,** a Chicago business entity, and **DOES 1-10**, | |
| Defendants. | |

Stipulation to Dismiss Without Prejudice

1

Plaintiff CRBN Pickleball, LLC ("CRBN") and Defendant Sulkar Media LLC dba Carbon Pickleball ("Carbon Pickleball"), herby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed without prejudice as to all claims, counterclaims, causes of action, defenses, and parties, with each party bearing their own attorney's fees and costs.

Respectfully submitted,

DATED: July 25, 2024              WEEKS NELSON

*/s/ Gregory N. Suhr*
Gregory K. Nelson
Gregory N. Suhr
Attorneys for Plaintiff

DATED: July 24, 2024              KRONENBERGER ROSENFELD, LLP

*/s/ Leah Rosa Vulić*
Leah Rosa Vulić
Attorney for Defendant

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that Leah Rosa Vulić has informed me that the content of this document is acceptable to her and that I have obtained Leah Rosa Vulić's authorization to affix her electronic signature to this document.

Dated: July 24, 2024

*/s/ Gregory N. Suhr*