**JS-6**

1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 **CRBN PICKLEBALL, LLC,** a
California limited liability company,    Case No.: 8:24-cv-00625-JVS-JDE

11

12          Plaintiff,    ORDER OF DISMISSAL WITHOUT
PREJUDICE [35]

13

          vs.

14

15 **CARBON PICKLE,** a Chicago business
entity, and **DOES 1-10**,

16

17          Defendants.

18

19              **ORDER OF DISMISSAL**

20      Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure

21 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS,

22 DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties,

23 with each party bearing that party's own attorney's fees and costs.

24      IT IS SO ORDERED.

25

26

27 DATED:    July 29, 2024    _____

28                            HON. JAMES V. SELNA
                             United States District Judge

Order of Dismissal

1